■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACKIE HODGE, Appellant. [999 NYS2d 738]—Judgment, Supreme Court, New York County (Jill Konviser, J.), rendered May 31, 2012, convicting defendant, after a jury trial, of bail jumping in the second degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

---

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348 [2007]). Contrary to defendant's argument, the People were not required to establish any culpable mental state (*see People v Thomas*, 287 AD2d 324 [1st Dept 2001], *lv denied* 97 NY2d 709 [2002]; *see also People v Eiffel*, 81 NY2d 480, 483 [1993]). Accordingly, the court properly charged the jury on the elements of bail jumping in the second degree without specifying any required mental state, tracking the applicable section of the Criminal Jury Instructions (*see* Penal Law § 215.56; *see also People v Diaz*, 105 AD3d 652 [1st Dept 2013], *lv denied* 21 NY3d 1015 [2013]). Insofar as *People v Simpkins* (174 AD2d 341 [1st Dept 1991], *lv denied* 78 NY2d 1015 [1991]) is to the contrary, it should not be followed. Concur—Acosta, J.P., Renwick, Feinman, Clark and Kapnick, JJ.